AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

AMANDA BUCKLEW,

      Plaintiff,   **SUMMONS IN A CIVIL CASE**

  V.

BANKERS LIFE AND CASUALTY COMPANY,
a foreign corporation,

      Defendant.  CASE NUMBER:  05 - 230

TO: (Name and address of Defendant)

  Bankers Life And Casualty Company
  c/o Matthew Denn
  Delaware Insurance Commissioner
  841 Silver Lake Boulevard
  Dover, DE  19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy W. Homer, Esquire
PARKOWSKI, GUERKE & SWAYZE, P.A.
116 West Water Street
P.O. Box 598
Dover, DE  19903

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        4-20-05

CLERK            DATE

_Beth Duran_

(By) DEPUTY CLERK

*≥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 4-22-05 at 10:05 am |
| NAME OF SERVER (PRINT) Ontry Patten || TITLE Process Server |
| Check one box below to indicate appropriate method of service |||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Bankers life and casualty company was effectuated by personally serving Elizabeth Riddock, the Business Agent who is duly authorized to accept service. Service was made at 841 Silverlake Blvd., Dover, DE 19901.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/05
              Date

Signature of Server

Address of Server: 2000 Pennsylvania Avenue, Suite 200, Wilmington, DE 19806

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.