AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 230

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___4/21/2005___
(Date forms issued)

_____
(Signature of Party or their Representative)

___Jeremy W. Homer, Esquire___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

LAW OFFICES
# PARKOWSKI, GUERKE & SWAYZE
PROFESSIONAL ASSOCIATION
116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

April 21, 2005

Dr. Peter T. Delleo
U.S. District Court
844 North King Street, Room 4209
Wilmington, DE 19801

RE:  AMANDA BUCKLEW v.
     BANKERS LIFE AND CASUALTY COMPANY
     Case No.: 05-230

Dear Dr. Dalleo:

Enclosed for filing and docketing is the Acknowledgement of Receipt for AO Form 85.

Should you have any questions concerning the enclosed, please call me at the above number.

Yours truly,

JEREMY W. HOMER

JWHsar
e:mail: JHomer@pgslegal.com
Enclosure
H:\Bucklew\Court11