IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-230(KAJ) |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| BANKERS LIFE AND CASUALTY | ) |
| COMPANY, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Timothy J. Wilson as attorney for Defendant Bankers Life and Casualty Company in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE ID #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorneys for Defendant

Dated: May 11, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMANDA BUCKLEW, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-230(KAJ) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| BANKERS LIFE AND CASUALTY | ) | |
| COMPANY, a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Timothy J. Wilson, do hereby certify that on May 11, 2005, I electronically filed the ***Entry of Appearance*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE 19903

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE ID #4323)
1509 Gilpin Avenue
Wilmington, DE 19806