IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-230(KAJ) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| BANKERS LIFE AND CASUALTY ) | |
| COMPANY, a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension for Defendant to file their Answer to the Complaint. The response will be filed on or before Thursday, June 2, 2005.

MARGOLIS EDELSTEIN

*/s/ Timothy J. Wilson*

Timothy J. Wilson, Esquire (ID # 4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Defendant

Dated: 05/11/05

PARKOWSKI, GUERKE & SWAYZE, P.A

*/s/ Jeremy W. Homer*

Jeremy W. Homer, Esquire (ID # 413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
Attorney for Plaintiff

Dated: 5-11-05

**SO ORDERED** this ____ day of May, 2005.

_____
The Honorable Kent A. Jordan