IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMANDA BUCKLEW, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-230(KAJ) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| BANKERS LIFE AND CASUALTY | ) | |
| COMPANY, a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven K. Huffer to represent Defendant in this matter.

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE ID #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorneys for Defendant

Dated: May 16, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____        _____
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 05-230(KAJ) |
| | ) |
| v. | ) |
| | )   JURY TRIAL DEMANDED |
| BANKERS LIFE AND CASUALTY | ) |
| COMPANY, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, in good standing as a member of the Bar of Indiana and Ohio 0028914 8459-49 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of the course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATED: 5-10-05

Steven K. Huffer, Esquire
HUFFER & WEATHERS, P.C.
1850 Market Square Center
151 North Delaware Street
Indianapolis, IN 46204-2522
(317) 822-8010

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-230(KAJ) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| BANKERS LIFE AND CASUALTY ) | |
| COMPANY, a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, do hereby certify that on May 16, 2005, I electronically filed the **Motion and Order for Admission *Pro Hac Vice*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE  19903

MARGOLIS EDELSTEIN

Timothy J. Wilson, Esquire (DE ID #4323)
1509 Gilpin Avenue
Wilmington, DE  19806