## *CERTIFICATE OF SERVICE*

I certify that on the 2ND day of __JUNE__, 2005, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court=s electronic filing system.  Parties may access this filing through the Court's system:

| | |
|---|---|
| Jeremy W. Homer<br>116 West Water Street<br>P.O. Box 598<br>Dover, DE   19903 | |

Timothy J. Wilson

MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680 / Fax 302-777-4682

Steven K. Huffer
HUFFER & WEATHERS, P.C.
151 North Delaware Street
1850 Market Square Center
Indianapolis, IN   46204
317-822-8010 / Fax 317-822-8088