# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 6, 2005

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
P.O. Box 598
Dover, DE   19903

Timothy J. Wilson, Esq.
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE   19806

Re:    Amanda Bucklew v. Bankers Life and Casualty Company
       Civil Action No. 05-230-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court