IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, | : |
| Plaintiff, | : Civil Action No.: 05-230-KAJ |
| v. | : |
| BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the 15th day of July, A.D. 2005, a true and correct copy of the Plaintiff's Initial Disclosure Pursuant To Fed. R. Civ. P. 26(a)(1) was sent via first class mail to the following opposing counsel:

Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Steven K. Huffer, Esquire
Huffer & Weathers, P.A.
1850 Market Square Center
151 North Delaware Street
Indianapolis, IN 46204-2522

                                    PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMANDA BUCKLEW, | : | |
| Plaintiff, | : | Civil Action No.: 05-230-KAJ |
| v. | : | |
| BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation, | : | |
| Defendant. | : | |

## CERTIFICATE OF MAILING

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the ___15th___ day of July, A.D. 2005, a true and correct copy of the Notice of Service was sent via electronic filing and first class mail to the following opposing counsel:

Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806

Steven K. Huffer, Esquire
Huffer & Weathers, P.A.
1850 Market Square Center
151 North Delaware Street
Indianapolis, IN  46204-2522

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

H:\Bucklew\Initial Disclosures