IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-230-KAJ |
| : | |
| BANKERS LIFE AND CASUALTY : | |
| COMPANY, a foreign corporation, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **14th** day of **September, 2005**,

IT IS ORDERED that the mediation statements for the mediation scheduled for **Wednesday, March 8, 2006** beginning at **10:00 a.m.** shall be due on or before **Tuesday, February 28, 2006.** All other provisions of the Court's September 9, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE