IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMANDA BUCKLEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-230 |
| | ) | |
| BANKERS LIFE AND CASUALTY | ) | |
| COMPANY, a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Defendant, in the above-captioned case, hereby certifies that two true and correct copies of **Defendant's First Request for Production of Documents to Plaintiff** were served on September 27, 2005 to the following:

Jeremy W. Homer, Esquire
116 West Water Street
P.O. Box 598
Dover, DE  19903

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680 / Fax 302-777-4682

Steven K. Huffer, Esquire
HUFFER & WEATHERS, P.C.
151 North Delaware Street
1850 Market Square Center
Indianapolis, IN  46204
317-822-8010 / Fax 317-822-8088