## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-230-KAJ |
| BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation, | : |
| Defendant. | : |

### ORDER

At Wilmington this **4th** day of **October, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, October 11, 2005 at 8:30 a.m.** with Judge Thynge to discuss the status of the case and the mediation date. **Timothy J. Wilson, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE