IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AMANDA BUCKLEW,

        Plaintiff,

v.                                Civil Action No. 05-230-KAJ

BANKERS LIFE AND CASUALTY
COMPANY, a foreign corporation,

        Defendant.



### ORDER

At Wilmington this **11th** day of **October, 2005**,

IT IS ORDERED THAT, as a result of a teleconference on **Tuesday, October 11, 2005**, the mediation scheduled for **Wednesday, March 8, 2006** is cancelled, and has been rescheduled for **Tuesday, May 2, 2006 at 10:00 a.m.** with submissions due **Friday, April 21, 2006**.

This matter is second in line for **Monday, February 13, 2006 and Thursday, February 23, 2006**, and the Court will notify counsel should either of those dates become available, with mediation statements due **ten days** before the mediation date. If counsel are not notified by the Court on or before **Wednesday, February 1, 2006** regarding the possible February dates, the mediation will proceed on **Tuesday, May 2, 2006.**

All other provisions of the Order of **September 9, 2005** remain in effect and are incorporated herein by reference.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE