IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-230-KAJ |
| BANKERS LIFE AND CASUALTY COMPANY, a foreign corporation, | : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **November, 2005**,

IT IS ORDERED that pursuant to the Court's Order dated October 11, 2005, the earlier mediation date of **Monday, February 13, 2006** has become available. Therefore, the mediation scheduled for Tuesday, May 2, 2006 at 10:00 a.m. has been canceled and rescheduled for **Monday, February 13, 2006 at 10:00 a.m.** Statements of the parties shall now be due on or before **Friday, February 3, 2006.** All other provisions of the Order of **September 9, 2005** remain in effect and are incorporated herein by reference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE