IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMANDA BUCKLEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-230-KAJ |
| | ) | |
| BANKERS LIFE AND CASUALTY | ) | |
| COMPANY, a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT INTERIM STATUS REPORT

Counsel, on behalf of the parties in the above-captioned action, hereby submits

their Interim Status Report pursuant to the Scheduling Order set forth on July 5, 2005.

### I.    NATURE OF ACTION

Plaintiff filed her Complaint in this action against Bankers on April 20, 2005.

Plaintiff was a clerical employee for Bankers for approximately one year, from February,

2003 to February, 2004.  Plaintiff alleges that Bankers violated the Americans with

Disabilities Act, the Family Medical Leave Act, and committed employment

discrimination and/or retaliation against Plaintiff.

Bankers has categorically denied Plaintiff's allegations set forth in the Complaint.

Specifically, Bankers believes that Plaintiff is not eligible for relief under the Americans

with Disabilities Act, or the Family Medical Leave Act, and that her discharge violated no

law.

Plaintiff seeks relief in the form of a judgment against Bankers for wages, past

and future, together with pre- and post-judgment interest.  Plaintiff also seeks punitive

and compensatory damages and the payment of reasonable attorneys' fees including expenses and costs.

## II.  STATUS OF DISCOVERY

The deadline for case dispositive motions has been set for March 15, 2006. Pretrial conference in this matter is scheduled for September 7, 2006 and this matter has ultimately been scheduled for trial beginning on October 6, 2006. The Scheduling Order also provides that all discovery must be completed on or before January 31, 2006. Plaintiff and Defendants have exchanged information per Federal Rule 26(a) Initial Disclosures. Bankers served Interrogatories and Requests for Production on Plaintiff on or about September 24, 2005, and Plaintiff has not yet responded. Plaintiff has not served written discovery on Bankers. The deadline for designation of expert witnesses was November 1, 2005, and Plaintiff has not designated an expert witness.

The parties are scheduled to participate in a mediation conference before Magistrate Judge May Pat Thynge on February 13, 2006. The matter is scheduled for a status conference telephone call on December 8, 2005 at 4:30 p.m. Both parties believe that the conference is necessary.

## III.  SETTLEMENT STATUS

There have been no settlement demands or offers.

PARKOWSKI, GUERKE &
SWAYZE, P.A.

MARGOLIS EDELSTEIN

/s/

_____
Jeremy W. Homer, Esquire (#413)
116 West Water Street
P.O. Box 598
Dover, DE   19903
(302) 678-3262
jhomer@pgslegal.com
*Attorney for Plaintiff*

_____
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, DE   19806
(302) 777-4680
twilson@margolisedelstein.com

*Of Counsel:*

Steven K. Huffer, Esquire
Huffer and Weathers, P.C.
1850 Market Square Center
151 North Delaware Street
Indianapolis, IN 46204
317-822-8010
steve_huffer@hufferandweathers.com

*Attorneys for Defendant*

DATED:  November 30, 2005