IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA BUCKLEW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANKERS LIFE AND CASUALTY )<br>COMPANY, a foreign corporation, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 05-230-KAJ |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Amanda Bucklew, and Defendant Bankers Life and Casualty Company, by their respective undersigned counsel, being all parties who have appeared in this action, have stipulated to its dismissal WITHOUT PREJUDICE.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this action be, and is hereby dismissed WITHOUT PREJUDICE.

Dated: 12/14/05

_____
Judge, U.S. District Court D. Del.

Distribution to:

Timothy J. Wilson
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680 / Fax 302-777-4682

Steven K. Huffer
HUFFER & WEATHERS, P.C.
151 North Delaware Street
1850 Market Square Center
Indianapolis, IN 46204

Jeremy W. Homer
116 West Water Street
P.O. Box 598
Dover, DE 19903